UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

GETHRO AURENCIN
Petitioner,
v.
CHRISTOPHER LAROSE, et al.,
Respondents.

Case No.: 26-CV-5940 JLS (VET)

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

(ECF No. 1)

Presently before the Court is Petitioner Gethro Aurencin's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1). Also before the Court is Respondents' Return to Petition for a Writ of Habeas Corpus ("Ret.," ECF No. 5). Petitioner, a citizen of Haiti, alleges that he entered the United States on August 1, 2023, and at that point he was released on parole. Pet. ¶ 4. On October 17, 2026, immigration officials arrested Petitioner and he has been detained at Otay Mesa Detention Facility since then. *Id.* ¶ 6. Petitioner alleges that his continued detention violates the Due Process Clause of the Fifth Amendment. *Id.* ¶¶ 43–51.

Respondents state that Petitioner is subject to detention under 8 U.S.C. § 1226(a) but "do[] not oppose the [P]etition and defer[] to the Court on the appropriate relief." Ret. at 3. The Court finds that Petitioner is entitled to release. *See, e.g.*, *Noori v. LaRose*, 807 F.

Supp. 3d 1146, 1163–67, 1169 (S.D. Cal. 2025) (granting release under similar facts); *Tran v. LaRose*, No. 26-CV-2653 JLS (GC), 2026 WL 1303166, at *1–3 (S.D. Cal. May 12, 2026) (same); *Antonio v. LaRose*, No. 26-CV-2387-LL-MMP, 2026 WL 1215037, at *1–3 (S.D. Cal. May 4, 2026) (same).

Accordingly, the Court **GRANTS** Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) and **ORDERS** Respondents to immediately release Petitioner from custody subject to the conditions of his preexisting parole. The Court **ORDERS**, prior to any re-detention of Petitioner, that Petitioner is entitled to notice of the reasons for revocation of his parole and a hearing before a neutral decision maker to determine whether detention is warranted. The Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight.

The Parties are **ORDERED** to file a Joint Status Report by November 2, 2026, confirming that Petitioner has been released. As this concludes the litigation in this matter, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: October 26, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge